UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22739-CIV-KING

U.S. COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.

SOUTHERN TRUST METALS, INC.,
LORELEY OVERSEAS
CORPORATION, ROBERT ESCOBIO,

    Defendants.
_____/

## ORDER SETTING FINAL PRETRIAL CONFERENCE

THIS MATTER comes before the Court sua sponte. It is hereby

ORDERED, ADJUDGED, and DECREED that the Final Pretrial Conference is set and the respective parties are hereby required to appear before the Court on **Friday, March 4, 2016 at 10:30 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, 11th Floor, Courtroom II, Miami, FL.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 19th day of February, 2016.

                                                                 JAMES LAWRENCE KING
                                                                 UNITED STATES DISTRICT JUDGE
                                                                 SOUTHERN DISTRICT OF FLORIDA

cc:

**Joseph A. Konizeski**
US Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, IL 60661
312-596-0546
Fax: 312-596-0714
Email: jkonizeski@cftc.gov

**Rosemary Hollinger**
Commodity Futures Trading Commission
525 W Monroe Street
Suite 1100
Chicago, IL 60661
312-596-0700
Fax: 596-0714
Email: rhollinger@cftc.gov

**Ashley J. Burden**
US Commodity Futures Trading Commission
525 W. Monroe Street, Suite 1100
Chicago, IL 60661
312-596-0693
Email: aburden@cftc.gov *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Carlin R. Metzger**
US Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, IL 60661
Email: cmetzger@cftc.gov

*Counsel for Plaintiff*

**Gary M. Sinclair**
Gary Sinclair Attorney at Law
2043 N. Mohawk Street
Chicago, IL 60614
773-871-4389
Email: gary@garyslaw.com

**Jose Antonio Ortiz**
Herron Ortiz
255 Alhambra Circle
Suite 1060
Miami, FL 33134
305-779-8100
Fax: 305-779-8104
Email: jortiz@herronortiz.com

**Brian John Lechich**
255 Alhambra Circle
Suite 1060
Coral Gables, FL 33134
305-779-8100
Fax: 305-779-8104
Email: blechich@herronortiz.com

**Christopher John King**
Homer Bonner, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
305-350-5100
Fax: 305-982-0069
Email: cking@homerbonner.com

*Counsel for Defendant*