UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22739-CIV-KING

U.S. COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

vs.

SOUTHERN TRUST METALS, INC.,
LORELEY OVERSEAS CORPORATION,
and ROBERT ESCOBIO,

      Defendants.
_____/

**ORDER DENYING EMERGENCY TREATMENT OF MOTION FOR LEAVE TO DEPOSE WITNESS AND EXPEDITING RESPONSE AND REPLY TO MOTION**

**THIS CAUSE** comes before the Court upon Plaintiff U.S. COMMODITY FUTURES TRADING COMMISSION's ("CFTC" or the "Commission") Emergency Motion for Leave to Depose Witness Made Unavailable for Medical Reasons (DE 116), filed February 19, 2016.

Pursuant to the Local Rules for the Southern District of Florida, the purpose for certifying a motion as an emergency is to suspend the usual requirement that the Court consider both a pending motion and the response thereto in advance of setting a motion for oral argument. *See* S.D. Fla. L.R. 7.1(b)(2), (e). The Local Rules further state that an emergency motion "shall set forth in detail the necessity for such expedited procedure . . . ." S.D. Fla. L.R. 7.1(e). As a preliminary matter, the Motion neither requests an immediate

1

hearing nor does it set forth in detail why an immediate hearing is necessary. For these reasons, the Court declines to treat the instant Motion as an emergency and to hold an immediate hearing on the Motion. Nonetheless, given the imminence of the Pre-Trial Conference and Trial of this matter, the Court finds good cause to expedite the usual time granted for the filing of responses and replies to the Motion.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

1. Plaintiff's Motion for Emergency Treatment of its Motion for Leave to Depose Unavailable Witness **(DE 116)** be, and the same is, hereby **DENIED;**

2. Defendant shall **RESPOND** to Plaintiff's Motion for Leave to Depose Unavailable Witness **(DE 116)** by **Friday, February 26, 2016** and state why they oppose offering the witness' testimony via deposition, given the medical circumstances outlined in the Motion; and

3. Plaintiff shall **REPLY** to Defendant's Response, should it so choose, by **Monday, February 29, 2016.**

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of February, 2016.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record