Agency for Civil Enforcement Corporation
D.B.A., A.C.E., Inc.
1615 S. Congress Ave., Suite 103
Delray Beach, FL 33445
Phone: (561) 447-7638
65-0956197

# INVOICE

Invoice #JML-2016004046
7/11/2016



Ashley Burden
Senior Trial Attorney
525 West Monroe Street
Suite 1100
Chicago, IL 60661

Case Number: Southern 14-CV-22739

Plaintiff:
**U.S. Commodity Futures Trading Commission**

Defendant:
**Southern Trust Metals, Inc., et al**

Received: 7/8/2016   Served: 7/9/2016 9:20 am   INDIVIDUAL/PERSONAL
To be served on: Peter Rukrigl

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 125.00 | 125.00 |
| Copies made of Service Packet | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $135.00 |

**BALANCE DUE:** $135.00

Please enclose a copy of this invoice with your payment. Payments are due within five days from the date of this invoice. All late payments are subject to a minimum late fee of $17.50 and all applicable interest and collection fees thereafter.

If you paid this invoice in advance of services, please disregard this and thank you very much for your confidence! We are NATIONWIDE and represent the needs of Attorneys, Law Offices, Banks, Law Enforcement, Insurance Companies, Legal Support Companies, Financial Co.'s, Government Agencies and Corporate Counsel.

Licensed Private Investigation Agency
Private Investigation Agency License Number, A9900347

WE ACCEPT ALL CREDIT CARDS AND PAYPAL !

Web Address: www.ServePaper.com
Email address: Contact@ServePaper.com

PLEASE RETURN THIS STATEMENT WITH YOUR *PAYMENT* !

Agency for Civil Enforcement Corporation
D.B.A., A.C.E., Inc.
1615 S. Congress Ave., Suite 103
Delray Beach, FL 33445
Phone: (561) 447-7638
65-0956197

# INVOICE

Invoice #JML-2016004045
7/11/2016

*PC 9629*

Ashley Burden
Senior Trial Attorney
525 West Monroe Street
Suite 1100
Chicago, IL 60661

Case Number: Southern 14-CV-22739

Plaintiff:
**U.S. Commodity Futures Trading Commission**

Defendant:
**Southern Trust Metals, Inc., et al**

Received: 7/8/2016   Served: 7/9/2016 8:20 am   SUBSTITUTE - RESIDENTIAL
To be served on: Victor Casado

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 125.00 | 125.00 |
| Copies made of Service Packet | 1.00 | 10.00 | 10.00 |
| **TOTAL CHARGED:** | | | $135.00 |

**BALANCE DUE:**                                                                 $135.00

Please enclose a copy of this invoice with your payment. Payments are due within five days from the date of this invoice. All late payments are subject to a minimum late fee of $17.50 and all applicable interest and collection fees thereafter.

If you paid this invoice in advance of services, please disregard this and thank you very much for your confidence! We are NATIONWIDE and represent the needs of Attorneys, Law Offices, Banks, Law Enforcement, Insurance Companies, Legal Support Companies, Financial Co.'s, Government Agencies and Corporate Counsel.

Licensed Private Investigation Agency
Private Investigation Agency License Number, A9900347

WE ACCEPT ALL CREDIT CARDS AND PAYPAL !

Web Address: www.ServePaper.com
Email address: Contact@ServePaper.com

PLEASE RETURN THIS STATEMENT WITH YOUR PAYMENT !